DANIEL J. BRODERICK, #89424
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID ROBERT CANDELARIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID ROBERT CANDELARIA, and ) <br> HAROLD DENNIS OATS, ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:05-cr-00394 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND VACATE MOTIONS CALENDAR AS TO DEFENDANT CANDELARIA TO BE RESET BY THE COURT; AND TO RESET MOTIONS HEARING AND ORDER THEREON <br><br> Date: April 3, 2006 <br> Time: 9:00 a.m. <br> Judge: Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the previous motions calendar, in the above captioned matter, and in particular as to defendant David Robert Candelaria, be vacated and reset by the Court;

IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the motions hearing in the above captioned matter, set for March 20, 2006, be vacated, to be reset by the Court;

IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective attorney of record herein, that the Status Conference scheduled for March 20, 2006 be continued to **April 3, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED : March 15, 2006

        McGREGOR W. SCOTT
        United States Attorney


        /s/ Stanley A. Boone
        STANLEY A. BOONE
        Assistant U.S. Attorney at Law
        Attorney for Plaintiff

DATED:  March 15, 2006        DANIEL J. BRODERICK
        Acting Federal Defender


        /s/ Mark A. Lizarraga
        MARK A. LIZARRAGA
        Assistant Federal Defender
        Attorney for Defendant
        DAVID ROBERT CANDELARIA

DATED:  March 15, 2006

        /s/ Carolyn D. Phillips
        CAROLYN D. PHILLIPS
        Attorney for Defendant
        HAROLD DENNIS OATS

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:  March 17, 2006**        **/s/ Anthony W. Ishii**
0m8i78        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and Vacate Motions Calendar as to Defendant
Candelaria, etc.        −2−