DANIEL J. BRODERICK, #89424
Acting Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID ROBERT CANDELARIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00394 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; AND ORDER THEREON |
| v. ) | |
| ) | |
| DAVID ROBERT CANDELARIA, and ) | Date: April 17, 2006 |
| HAROLD DENNIS OATS, ) | Time: 9:00 a.m. |
| ) | Judge: Anthony W. Ishii |
| Defendants. ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing scheduled for April 3, 2006, in the above captioned case, may be continued to **April 17, 2006 at 9:00 a.m**;

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///

1   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2   DATED : March 30, 2006

3                                       McGREGOR W. SCOTT
                                        United States Attorney

6                                       /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney at Law
7                                       Attorney for Plaintiff

8   DATED: March 30, 2006               DANIEL J. BRODERICK
9                                       Acting Federal Defender

11                                      /s/ Mark A. Lizarraga
                                        MARK A. LIZARRAGA
12                                      Assistant Federal Defender
                                        Attorney for Defendant
13                                      DAVID ROBERT CANDELARIA

14  DATED: March 30, 2006

15                                      /s/ Carolyn D. Phillips
                                        CAROLYN D. PHILLIPS
16                                      Attorney for Defendant
                                        HAROLD DENNIS OATS

18                          **O R D E R**

19  IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§

20  3161(h)(8)(A) and 3161(h)(B)(iv).

22  IT IS SO ORDERED.

23  **Dated:   March 31, 2006**            /s/ Anthony W. Ishii
    0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing

-2-