```
BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
ANA MARIA MARTEL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>DAVID CANDELARIA,  )<br>  )<br>Defendant and  )<br>Judgment Debtor.  )<br>_____ )<br>  )<br>PHILIP WILLIAM GANONG,  )<br>  )<br>Garnishee.  )<br>_____ ) | CASE NO. 1:05CR00394-AWI<br><br>ORDER TO QUASH WRIT<br>OF ATTACHMENT/GARNISHMENT |

A Writ of Attachment/Garnishment was served upon Philip William Ganong, Garnishee, on October 8, 2010.  Based upon the Answer of Garnishee, the United States filed with this Court a Request to Quash Writ of Attachment/Garnishment, and having reviewed and considered the same,

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, Philip William Ganong, is

///

///

///

Order to Quash Writ
of Attachment/Garnishment

terminated.

IT IS SO ORDERED.

Dated:     January 12, 2011      _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment

2