```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    ) CASE NO. 1:05CR00394-AWI
                                 )
11          Plaintiff,           )
                                 )
12      v.                       )
                                 ) ORDER TO QUASH WRIT
13  DAVID CANDELARIA,            ) OF ATTACHMENT/GARNISHMENT
                                 )
14          Defendant and        )
            Judgment Debtor.     )
15  _____)
                                 )
16  SPHERION PACIFIC WORKFORCE, LLC., )
                                 )
17          Garnishee.           )
    _____)
18
```

A Writ of Attachment/Garnishment was served upon Spherion Pacific Workforce, LLC., Garnishee, on October 8, 2010. Based upon the letter provided by Garnishee, the United States filed with this Court a Motion to Quash Writ of Attachment/Garnishment, and having reviewed and considered the same,

///
///
///
///

Order to Quash Writ
of Attachment/Garnishment

1

1      IT IS HEREBY ORDERED that the Writ is quashed and the
2 attachment/garnishment against Garnishee, Spherion Pacific Workforce,
3 LLC., is  terminated.

5 IT IS SO ORDERED.

7 Dated:      January 19, 2011                          /s/ signature
                                         CHIEF UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment